IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:25-mj-629 |
| | ) | |
| GEMA ARIAS-BLANCO, | ) | Court Date: November 3rd, 2025 |
| | ) | |
| Defendant. | ) | |

## **CRIMINAL INFORMATION**

Count I (Class A Misdemeanor – E2448276)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, GEMA ARIAS-BLANCO, did unlawfully drive and operate a motor vehicle while under the influence of alcohol.

(In violation of Title 18, United States Code, Section 13, assimilating Virginia Code, Section 18.2-266(ii).)

Count II (Petty Offense – E2448277)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, GEMA ARIAS-BLANCO, did operate a motor vehicle and did, after being advised of the consequences of a refusal, unreasonably refuse to consent to a chemical test of his breath to prove the alcohol content in his blood after an arrest for driving under the influence.

(In violation of 32 Code of Federal Regulations, Section 634.25(f), adopting Virginia Code Section 18.2-268.3.)

Count III (Petty Offense – E2448278)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about August 24th, 2025, at Joint Base Myer-Henderson Hall, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, GEMA ARIAS-BLANCO, did unlawfully go upon a military installation for a purpose prohibited by law, to wit: knowingly and intentionally entering Joint Base Myer-Henderson Hall.

(In violation of Title 18, United States Code, Section 1382.)

Respectfully submitted,

Lindsey Halligan
United States Attorney

By:    _____/s/_____
       Cain Crouse
       Special Assistant United States Attorney
       United States Attorney's Office
       Eastern District of Virginia
       2100 Jamieson Avenue
       Alexandria, VA 22314
       Phone: 703-299-3896
       Fax: 703-299-3980
       Email: cain.crouse@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that on October 29, 2025, I filed the foregoing document with the Clerk of Court using the CM/ECF system, which will cause a true and accurate copy of this document to be transmitted to counsel of record.

By:          /s/

Cain Crouse
Special Assistant United States Attorney
United States Attorney's Office
Eastern District of Virginia
2100 Jamieson Avenue
Alexandria, VA 22314
Phone: 703-299-3896
Fax: 703-299-3980
Email: cain.crouse@usdoj.gov